XAVIER BECERRA, State Bar No. 118517
Attorney General of California
SARA J. DRAKE, State Bar No. 102565
Senior Assistant Attorney General
WILLIAM P. TORNGREN, State Bar No. 58493
Supervising Deputy Attorney General
COLIN WOOD, State Bar No. 267539
TIMOTHY M. MUSCAT, State Bar No. 148944
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7779
 Fax: (916) 323-2319
 E-mail: Timothy.Muscat@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, and GAVIN NEWSOM IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA,**<br><br>Defendants. | Case No. 2:20-cv-01630-AWI-SKO<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>(Doc. 19)<br><br>Action Filed: August 13, 2020 |

Pursuant to the United States District Court, Eastern District of California Local Rules, Rule 143, George Forman, attorney for plaintiff Cahuilla Band of Indians, a federally recognized Indian Tribe (Plaintiff), on the one hand, and Timothy M. Muscat, Deputy Attorney General, attorney for defendant Gavin Newsom, in his official capacity as Governor of the State of California, and defendant State of California (collectively, Defendants), on the other hand, stipulate as follows:

On November 13, 2020, the Court filed the Scheduling Order in this case that established

several due dates, including the filing of a Joint Record of Negotiations (Joint Record) on or before February 1, 2021.  Counsel for Plaintiff prepared an initial Joint Record, and counsel for Defendants reviewed the initial Joint Record and requested the addition of several documents.  The parties have been diligently working to meet the deadline.  However, they want to ensure the Joint Record accurately reflects the history of negotiations between the parties that has resulted in a record in excess of 10,000 pages.  The parties have requested no prior extension.

The parties jointly request that the court grant leave to file the Joint Record on Monday, February 8, 2021.  This will give the parties sufficient time to finalize the last details of the Joint Record.

Granting this stipulation will not impact any other Scheduling Order due date.  Under the Scheduling Order, the parties are required to file all dispositive pretrial motions no later than April 30, 2021.  Filing the Joint Record on February 8, 2021, will provide the parties with sufficient time to comply with this April 30, 2021 deadline.

Dated: February 1, 2021                      Respectfully submitted,


                                                       By:  /s/ George Forman
                                                             GEORGE FORMAN
                                                             FORMAN & ASSOCIATES
                                                             Attorneys for Plaintiff


Dated: February 1, 2021                      XAVIER BECERRA
                                                             Attorney General of California
                                                             SARA J. DRAKE
                                                             Senior Assistant Attorney General
                                                             WILLIAM P. TORNGREN
                                                             Supervising Deputy Attorney General
                                                             COLIN WOOD
                                                             Deputy Attorney General


                                                      By:   /s/ Timothy Muscat
                                                             TIMOTHY M. MUSCAT
                                                             Attorneys for Defendants


## **ORDER**

The Court has reviewed the parties' above Stipulation to Modify Scheduling Order. (Doc. 19.) Pursuant to the Scheduling Order (Doc. 17), the "Joint Record of Negotiation" (the "Joint Record") was to be filed on February 1, 2021, the same day on which the parties filed the present request for extension. Requests for extension are governed by Rule 144 of the Local Rules of the United States District Court, Eastern District of California ("Local Rules"). Local Rule 144(d) explains that "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." The parties are hereby ADMONISHED that any future requests for extensions of time shall be brought in advance of the required filing date and be supported by good cause under Fed. R. Civ. P. 16(b)(4). However, given the parties' representation that they are working to "ensure the Joint Record accurately reflects the history of negotiations between the parties," and the fact that the requested extension

will not affect any other dates in the Scheduling Order, the Court GRANTS the parties' request for an extension.

Accordingly, IT IS HEREBY ORDERED that the parties are granted an extension of time, up to and including February 8, 2021, to file the Joint Record.

IT IS SO ORDERED.

Dated:   **February 2, 2021**                           /s/ *Sheila K. Oberto*
                                                                       UNITED STATES MAGISTRATE JUDGE