## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAHUILLA BAND OF INDIANS, a federally recognized Indian Tribe,**<br><br>**Plaintiff**<br><br>v.<br><br>**STATE OF CALIFORNIA, and GAVIN NEWSOM IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA,**<br><br>**Defendants** | **CASE NO. 2:20-CV-1630 AWI SKO**<br><br>**ORDER RE: MOTION TO FILE UNDER SEAL**<br><br>**(Doc. 68)** |

    State Defendants have made a request to file under seal their reply brief to the motion for summary judgement. Doc. 68. A prior motion to seal the opening brief, statement of undisputed material fact, and certain declarations was granted. Doc. 64. The reply brief contains the exact same information that merited the sealing of the prior documents. Thus, the requested motion is GRANTED:

    1.    The requested portions of the State Defendants' Reply Brief are sealed; and

    2.    Leave is granted for State Defendants to file a properly redacted version of the Reply Brief.

IT IS SO ORDERED.

Dated:  June 8, 2022                              _____

                                        SENIOR DISTRICT JUDGE