1
2
3
4
5
6
7
8

9          IN THE UNITED STATES DISTRICT COURT

10       FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   CAHUILLA BAND OF INDIANS, a federally        No. 2:20-cv-01630-ADA-SKO
     recognized Indian Tribe,
13                                                 ORDER GRANTING PARTIES' JOINT
                         Plaintiff,                STIPULATION FOR APPOINTMENT OF
14                                                 MEDIATOR SCOTT BALES; REQUIRING
             v.                                    THE PARTIES TO SUBMIT THEIR LAST
15                                                 BEST OFFERS FOR A COMPACT

16   STATE OF CALIFORNIA, et al.,

17                       Defendants.

18

19          The parties have jointly agreed to retired Chief Justice of the Arizona Supreme Court Scott

20   Bales as the mediator pursuant to 25 U.S.C. § 2710(d)(7)(B)(iv).  (ECF No. 83.)

21          Within ten days of this order, each party is directed to submit to the mediator "a proposed

22   compact that represents their last best offer for a compact."  25 U.S.C. § 2710(d)(7)(B)(iv).  The

23   mediator "shall select from the two proposed compacts the one which best comports with the terms

24   of [IGRA], . . . any other applicable Federal law[,] and with the findings and order," (ECF No. 79),

25   of this Court.  *Id.*  Once the mediator selects a compact as directed, he "shall submit [the selected

26   compact] to the State and the Indian tribe."  *Id.* at § 2710(d)(7)(B)(v).  "If [the] State consents to a

27   proposed compact during the 60-day period beginning on the date on which the proposed compact

28

1

1  is submitted by the mediator to the State under clause (v), the proposed compact shall be treated as

2  a Tribal-State compact entered into under [§ 2710(d)(3)]." *Id.* at § 2710(d)(7)(B)(vi). "If the State

3  does not consent during the 60-day period described [above] to [the] proposed compact submitted

4  by [the mediator to the State], [he] shall notify the Secretary" of the Interior. *Id.* at §

5  2710(d)(7)(B)(vii). The Secretary of the Interior, in consultation with the Tribe, shall then prescribe

6  procedures for operation of class III gaming by the Tribe that are consistent with the compact

7  selected by the mediator, the provisions of IGRA, and the laws of the State. *Id.*

10  IT IS SO ORDERED.

11     Dated:   July 5, 2023               _____

12                        UNITED STATES DISTRICT JUDGE